IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3149 |
| vs. | ORDER |
| MAGGIE WELLING, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's release pending self-surrender is revoked.

2. The United States Marshal shall transfer the defendant to the Bureau of Prisons for service of sentence.

3. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 14th day of September, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge